UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
BETTIE STOCKHAM CONAWAY,      :
                              :
         Plaintiff,           :
                              :
v.                            : Civil No. 3:04CV2106 (AWT)
                              :
JOANNE B. BARNHART,           :
COMMISSIONER OF SOCIAL        :
SECURITY ADMINISTRATION       :
                              :
         Defendant.           :
                              :
------------------------------x
```

**ENDORSEMENT ORDER**

The plaintiff's Motion for Appointment of Counsel (Doc. No. 11) is hereby DENIED. The court notes that the plaintiff was represented by Attorney Keyes at the hearing in October 1999, and that she was subsequently represented by Attorney Spilka, who, presumably being familiar with the plaintiff's situation, has told the plaintiff he will not take her case. In addition, there is no indication that the plaintiff's case has likely merit. See Hodge v. Police Officers, 802 F.2d 58 (2d Cir. 1986) (likely merit of the plaintiff's case is an appropriate factor for the court to consider in determining whether to appoint counsel).

It is so ordered.

Dated at Hartford, Connecticut this _____ day of September, 2005.

```
                                   _____
                                        Alvin W. Thompson
                                   United States District Judge
```